DONNA R. ZIEGLER [142415]
County Counsel
By:  MARY ELLYN GORMLEY [154327]
Assistant County Counsel
Office of the County Counsel
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700
Attorney for Defendants County of Alameda;
Gregory J. Ahern; Richard T. Lucia; Brett M. Keteles; Carla Kennedy; and, Greg Morgado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>                    Plaintiff,<br><br>        v.<br><br>GREGORY J. AHERN, in his Individual Capacity as Sheriff of Alameda County; ALAMEDA COUNTY, a public entity; RICHARD T. LUCIA, in his Individual Capacity as Undersheriff of Alameda County; BRETT M. KETELES, in his Individual Capacity as Assistant Sheriff of Alameda County; CARLA KENNEDY, in her Individual Capacity as Commander of Alameda County Sheriff's Department; GREG MORGADO, in his Individual Capacity as Captain of Santa Rita County Jail; DOES 1 – 25, inclusive, in their Individual Capacities,<br><br>                    Defendants. | Case No.: C12-6174 KAW<br><br>**STIPULATION AND ORDER** |

WHEREAS, the parties have previously stipulated to early neutral evaluation; and,

1  WHEREAS, during the ADR conference call with ADR Program Staff Attorney G.
2  Daniel Bowling on October 10, 2013, the parties agreed that a settlement conference
3  before a Magistrate Judge was the most appropriate alternative dispute resolution
4  procedure under the circumstances of this case; and

5  WHEREAS, the parties mutually desire that either Magistrate Judge Maria Elena
6  James or Magistrate Judge Jacqueline Corley conduct the settlement conference.

7  NOW, THEREFORE, the parties stipulate to, and request this Court to order, a
8  judicial settlement conference before either Magistrate Judge James or Magistrate
9  Judge Corley.

10  SO STIPULATED:

COUNTY OF ALAMEDA

Dated: October 16, 2013     By: */s / Mary Ellyn Gormley*
                            MARY ELLYN GORMLEY
                            Assistant County Counsel
                            Attorneys for Defendants County of Alameda;
                            Gregory J. Ahern; Richard T. Lucia; Brett M.
                            Keteles; Carla Kennedy; and, Greg Morgado

STEPHEN B. TURNER

Dated: October 15, 2013         /s/ Stephen Turner
                            Plaintiff, *In Pro Per*

IT IS SO ORDERED:

Dated: October 25, 2013     _____
                            KANDIS A. WESTMORE
                            United States Magistrate Judge

STIPULATION AND ORDER, Case No. C12-6174-WHO                              2