DONNA R. ZIEGLER [142415]
County Counsel
By: MARY ELLYN GORMLEY [154327]
Assistant County Counsel
Office of the County Counsel
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
Attorney for Defendants County of Alameda;
Gregory J. Ahern; Richard T. Lucia; Brett M. Keteles; Carla Kennedy; and, Greg Morgado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>                              Plaintiff,<br><br>        v.<br><br>GREGORY J. AHERN, in his Individual Capacity as Sheriff of Alameda County; ALAMEDA COUNTY, a public entity; RICHARD T. LUCIA, in his Individual Capacity as Undersheriff of Alameda County; BRETT M. KETELES, in his Individual Capacity as Assistant Sheriff of Alameda County; CARLA KENNEDY, in her Individual Capacity as Commander of Alameda County Sheriff's Department; GREG MORGADO, in his Individual Capacity as Captain of Santa Rita County Jail; DOES 1 – 25, inclusive, in their Individual Capacities,<br><br>                              Defendants. | Case No.: C12-6174 KAW<br><br>**STIPULATION AND ORDER** |

WHEREAS, the parties have previously stipulated to early neutral evaluation; and,

WHEREAS, during the ADR conference call with ADR Program Staff Attorney G. Daniel Bowling on October 10, 2013, the parties agreed that a settlement conference before a Magistrate Judge was the most appropriate alternative dispute resolution procedure under the circumstances of this case; and

WHEREAS, the parties mutually desire that either Magistrate Judge Maria Elena James or Magistrate Judge Jacqueline Corley conduct the settlement conference.

NOW, THEREFORE, the parties stipulate to, and request this Court to order, a judicial settlement conference before either Magistrate Judge James or Magistrate Judge Corley.

SO STIPULATED:

COUNTY OF ALAMEDA

Dated: October 16, 2013    By: */s/ Mary Ellyn Gormley*
MARY ELLYN GORMLEY
Assistant County Counsel
Attorneys for Defendants County of Alameda; Gregory J. Ahern; Richard T. Lucia; Brett M. Keteles; Carla Kennedy; and, Greg Morgado

STEPHEN B. TURNER

Dated: October 15, 2013    /s/ Stephen Turner
Plaintiff, *In Pro Per*

IT IS SO ORDERED:

Dated: October 25, 2013    [signature]
KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND ORDER, Case No. C12-6174-WHO    2