# United States District Court
### Northern District of California

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>       Plaintiff,<br><br>   v.<br><br>GREGORY J. AHERN, et al.,<br><br>       Defendants. | Case No.: 12-cv-6174 KAW<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On December 16, 2013, the parties in the above-captioned case filed a joint request for dismissal.  In the request, the parties indicated that the parties have reached a mutually-agreed upon settlement in this case and asked that the court dismiss the action with prejudice.   Pursuant to that joint request, the court hereby dismisses this action with prejudice.

Dated: December 19, 2013

KANDIS A. WESTMORE
United States Magistrate Judge