United States District Court
Northern District of California

STEPHEN B. TURNER,

        Plaintiff,

   v.

GREGORY J. AHERN, et al.,

        Defendants.

Case No.: 12-cv-6174 KAW

ORDER DISMISSING CASE WITH PREJUDICE

On December 16, 2013, the parties in the above-captioned case filed a joint request for dismissal. In the request, the parties indicated that the parties have reached a mutually-agreed upon settlement in this case and asked that the court dismiss the action with prejudice. Pursuant to that joint request, the court hereby dismisses this action with prejudice.

Dated: December 19, 2013

KANDIS A. WESTMORE
United States Magistrate Judge